

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

March 10, 2022

*Via EFC*
The Honorable Paul A. Crotty
Senior United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: **United States v. Sacha Santiago**
> Case No. S2 17 Cr. 415 (PAC)

Dear Judge Crotty:

    We were appointed to represent Ms. Santiago under the Criminal Justice Act ("CJA"). We are respectfully requesting that Your Honor reappoint us under the CJA, so that we can seek an early termination of Ms. Santiago's supervised release. Ms. Santiago has been on supervised release for nearly two years and has about one year left on her supervision. Thank you.

    Respectfully requested,

    s/
    Lorraine Gauli-Rufo, Esq.
    CJA Attorney for Robert Balducci

cc: Daniel Shapiro, AUSA,

3/14/2022
Ms. Gauli-Rufo is reappointed under the CJA to
represent Ms. Santiago. SO ORDERED.

*/s/ Paul A. Crotty*